IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor(s)

Case No. _____
    Amended

**CHAPTER 13 DEBTOR'S ATTORNEY'S SUPPLEMENTAL-COMPENSATION APPLICATION; AND ORDER AND NOTICE THEREON**

1. This application is made by debtor's attorney (applicant).

2. In applicant's Chapter 13 Debtor's Attorney's Compensation Disclosure and Application on Local Bankruptcy Form (LBF) 1305, applicant selected [*check one*]:

    Schedule 2.(a)

    Schedule 2.(b)

    Schedule 3.

3. This application [*check one*]   is   is not applicant's final application in this case.
   Final application for Varhola and Kivel & Howard; substitute counsel will take over.

4. Applicant has previously been allowed compensation and expense reimbursement in the plan-confirmation order and any prior LBF 1307s in the total amount of $_____.

5. Applicant applies for supplemental allowance of compensation and expense reimbursement totaling $_____ for the period _____ through _____. An itemized statement of services rendered and expenses incurred for the period of this application is attached. If this application is granted, the total amount allowed will be $_____. If this application is final, it includes $_____ in anticipated additional fees to complete the case.

6. Allowance of this application will [*mark all that apply*]—

    not affect the distribution to creditors.

    delay the distribution to creditors by approximately ____ months.

    reduce the estimated distribution to general unsecured creditors from _____% to _____%

    require that the debtor pay more by making additional or increased plan payments sufficient to pay the additional fees and expenses.

    not change the length of the plan, which is estimated to be ____ months.

    change the estimated length of the plan from ____ months to ____ months.

    other: _____.

7. If applicant has previously shared any compensation or there exists any agreement or understanding between applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with this case, other than as a member or regular associate of a firm of attorneys, the details of the sharing or sharing agreement, other than those disclosed in LBF 1305 or a prior LBF 1307, are as follows:

_____   _____
Date                   Applicant's Signature

                       _____
                       Type or Print Applicant's Name    OSB#

                       _____
                       Applicant's Telephone Number

                       _____
                       Applicant's Service Address

                       _____

## CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments) and any Notice of Hearing prepared by the court per the judge's order were served on the debtor and, if the total amount requested exceeds $1,000, on all creditors (or if FRBP 2002(h) applies, only on each entity that is listed in FRBP 2002(h)). I have attached a clearly identified list of the names, addresses, and methods for service on all parties served using paper. The application served on creditors did not include the attachment, but any creditor may obtain a copy of the attachment upon request to applicant.

_____
Signature & Relation to Applicant

## INSTRUCTIONS

Do not serve this application until the judge has signed it at the top of the first page.

No application may be filed (a) if Schedule 1 was selected on LBF 1305, (b) to request fees and expenses less than $500 on a nonfinal LBF 1307, (c) sooner than six months after the last to be filed of the LBF 1305 or the most recent prior LBF 1307, if any, (d) after filing a final LBF 1307, or (e) after 28 days after service of the trustee's notice of plan completion (Local Bankruptcy Rule (LBR) 2016-1(e)(3)(A)).

If Schedule 2.(b) was selected—and even if an LBF 1306 was filed—the first LBF 1307 must include an itemized statement of all services rendered and expenses incurred in contemplation of or in connection with the case, both before and after the petition date, and it must reflect the paid amounts listed in the LBF 1305 and amounts allowed in the confirmation order (LBR 2016-1(e)(3)(B)).

The presumptively reasonable compensation for preparation of each LBF 1307 is $100 (LBR 2016-1(e)(3)(C)).

If allowance of the compensation requested in an LBF 1307 will require a plan modification, the debtor must, within 28 days after allowance of this application, file either a Notice of Postconfirmation Amendment of Plan on LBF 1355.10 and a proposed amended plan on the appropriate LBF or a statement why none has been filed. (LBR 2016-1(e)(3)(D)).

Federal Identification
No. 42-1685994

# KIVEL & HOWARD LLP

ATTORNEYS AT LAW
1530 S.W. TAYLOR STREET
PORTLAND, OREGON
97205-1819
FACSIMILE (503) 802-4757
TELEPHONE (503) 796-0909

Tiffany S. Shuler
13115 SW Watkins Avenue
Tigard, OR 97223

January 31, 2022

File #SHU010L-0001KH

In Reference To: Chapter 13 Bankruptcy

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2019 | AV | (Post-Confirmation Work) Review claims register for missing secured, priority, and non-dischargeable creditors; Confirm all claims filed | 0.10 300.00/hr | 30.00 |
| 3/25/2020 | ZK | Telephone call to Tiffany Shuler to schedule appointment with Aaron Varhola, no answer; Send follow-up email. Receive email correspondence from Ms. Shuler regarding availability for Friday, March 27, 2020; Confirm and schedul appointment; Docket dates on calendars | 0.20 150.00/hr | 30.00 |
| | AV | Response to client email regarding job loss, and possible partial plan payment | 0.20 300.00/hr | 60.00 |
| 3/27/2020 | AV | Review file for plan modification or conversion to Chapter 7; Discuss unemployment benefits and for possible plan modification or to continue on plan with extra unemployment benefits and stimulus check | 0.70 300.00/hr | 210.00 |
| 4/2/2020 | AV | Electronic mail correspondence with client regarding scheduling telephone appointment for April 7; Respond to client's electronic mail correspondence discussing worksheet and client's desire to continue with bankruptcy | 0.50 300.00/hr | 150.00 |
| 4/7/2020 | AV | Respond to client by electronic mail discussing worksheet and client wants to keep plan going; Phone call to client to discuss 2019 tax returns and refunds to trustee and regarding Client's unemployment and desire to continue with "Stay Plan" | 0.50 300.00/hr | 150.00 |
| 5/14/2020 | ZK | Receive and review electronic mail correspondence from Mr. Varhola with 2019 tax return to clients; Redacted sanative information and send to Portland Trustee | 0.20 150.00/hr | 30.00 |
| 5/28/2020 | ZK | Receive and review 2019 state and federal tax returns from Ms. Shuler; Add documents to Time Matters | 0.10 150.00/hr | 15.00 |

THIS STATEMENT MAY NOT INCLUDE
COSTS ADVANCED ON ITEMS NOT
YET BILLED TO THIS OFFICE

A LATE-PAYMENT CHARGE OF 1.5% PER
MONTH APPLIES TO ANY FEES OR COSTS
NOT PAID WITHIN 30 DAYS OF RECEIPT OF

|            |    |                                                                                                                                                                                                                 | Hrs/Rate        | Amount |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/14/2020  | AV | Email to client - advise paralegal to set phone appointment for possible conversion to Chapter 7                                                                                                                | 0.10 300.00/hr  | 30.00  |
| 8/25/2020  | DP | Download and save pay stubs                                                                                                                                                                                     | 0.30 150.00/hr  | 45.00  |
| 10/12/2020 | AV | Post-confirmation request that paralegal send Chapter 7 welcome packet for possible conversion; Telephone call to client regarding process for Chapter 7 conversion; Email to trustee requesting creditor payment history | 0.30 300.00/hr  | 90.00  |
| 10/14/2020 | DP | Draft Chapter 7 conversion welcome packet from Chapter 13 to Chapter 7; Send to client                                                                                                                          | 0.50 150.00/hr  | 75.00  |
| 1/22/2021  | AV | Draft letter instructing clients to provide 2020 Tax Returns, and to send tax refunds to trustee if indicated in plan                                                                                           | 0.10 300.00/hr  | 30.00  |
| 1/25/2021  | DP | Draft and mail dictated Refunds to Trustee letter to client                                                                                                                                                     | 0.30 150.00/hr  | 45.00  |
| 3/11/2021  | AV | Review Chapter 13 trustee email regarding plan delinquency; Voicemail to client regarding same                                                                                                                  | 0.20 300.00/hr  | 60.00  |
|            | DP | Process correspondence regarding delinquent amount                                                                                                                                                              | 0.30 150.00/hr  | 45.00  |
| 3/12/2021  | AV | Telephone call to client regarding plan defaults, possible cure of same with extension to 84 months, and a six-month lowered plan payment; Email to Chapter 13 trustee proposing general idea of plan amendments to cure defaults | 0.50 300.00/hr  | 150.00 |
|            | DP | Process correspondence to Trustee; Process paystubs                                                                                                                                                             | 0.50 150.00/hr  | 75.00  |
| 3/13/2021  | DP | Process first Chapter 13 Amendment                                                                                                                                                                              | 0.30 150.00/hr  | 45.00  |
| 3/14/2021  | AV | Calculate new budget and Chapter 13 plan; Send same to client for review before submitting to Chapter 13 trustee                                                                                                | 0.60 300.00/hr  | 180.00 |
| 3/15/2021  | AV | Telephone call to client requesting Workshare unemployment benefits information; Calculate new budget, including same; Send to client                                                                           | 0.30 300.00/hr  | 90.00  |
|            | DP | Process workshare report                                                                                                                                                                                        | 0.30 150.00/hr  | 45.00  |
| 3/23/2021  | DP | Email correspondence review and process with client regarding bankruptcy plan documents                                                                                                                         | 0.30 150.00/hr  | 45.00  |
|            | AV | Review trustee's comments regarding amended plan and send same to client for review and signature; Send documents again to client for review, signatures, and return for plan amendment; Telephone call with   | 0.90 300.00/hr  | 270.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | client regarding signing again; Send signed Schedules and Plan to trustee's office for review |  |  |
| 3/25/2021 | DP | Process signed Bankruptcy Plan received from client | 0.30 150.00/hr | 45.00 |
|  | AV | Discuss Amended Plan, six-month Strict Compliance Provision, and set up of payment for the 15th of each month with client; Prepare Amended Plan packet to file with court, complete filing, and advise paralegal to serve on creditors | 0.60 300.00/hr | 180.00 |
| 3/26/2021 | DP | Mail out Amended Plan to creditors | 1.00 150.00/hr | 150.00 |
| 3/31/2021 | DP | Process 2020 tax returns | 0.30 150.00/hr | 45.00 |
| 9/10/2021 | AV | Prepare supplemental compensation application | 0.30 300.00/hr | 90.00 |
| 9/22/2021 | AV | Telephone call to client explaining increase in plan payments as of October 15th, 2021; Client paid via TFS; Advised member of supplemental fee applications and need to send 2021 tax information in when she files next year | 0.10 300.00/hr | 30.00 |

| For professional services rendered | 10.9 hrs | $2,535.00 |
|---|---|---|
| 25% LegalShield discount for attorney work on case |  | ($465.00) |
| Fee Application Charges |  | $100.00 |
| Total Fee Application |  | $2,170.00 |

Timekeeper Summary

Name
AH - Ariana Howell    - Paralegal, $150 per hour
AV = Aaron Varhola    - Attorney, $300 per hour ($225/hour with LegalShield Discount)
DP = Donna Plasker    Paralegal, $150 per hour
ZK = Zina Kraskoff    Paralegal, $150 per hour